FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JAN 13 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Starsha Sewell
aka Evelina M

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Peyton Gaynor, Acting Secretary
Department of Homeland Security

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __8:21-cv-00126-TDC__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ■ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Starsha Sewell |
| Street Address | P.O. Box 7073 |
| City and County | Captiol Heights |
| State and Zip Code | MD 20708 |
| Telephone Number | N/A |
| E-mail Address | N/A |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Peyton Gaynor |
| Job or Title (if known) | Acting Secretary, Dept. of Homeland Security |
| Street Address | 300 7th St SW |
| City and County | Washington |
| State and Zip Code | DC, 20024 |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name                          _____

    Job or Title (if known)  _____

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number    _____

    E-mail Address (if known)  _____

Defendant No. 3

    Name                          _____

    Job or Title (if known)  _____

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number    _____

    E-mail Address (if known)  _____

Defendant No. 4

    Name                          _____

    Job or Title (if known)  _____

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number    _____

    E-mail Address (if known)  _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 2000 e-2(a)(1), et seq., Federal Equitable Tolling, and Fraudulent Concealment
Doctrine. RICO ACT.
_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* STARSHA SEWELL, is a citizen of the State of *(name)* MARYLAND.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $1,000,000 _____

   _____

   _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

42 U.S. Code § 2000e – 2 - Unlawful employment practices, Equitable tolling, and the fraudulent concealment doctrine are invoked to redress claims in this action. The Appellant was deprived the right to redress claims in the absence of fraudulent civil rights deprivations in administrative processes, because of her race and the agencies participation on the Presidents Interagency task force where EEOC is a member and used the prestige of the agency to extend a favor to the US Dept of Homeland Security who participates on the task force, and where this court has been burdened with a legal action in the absence of juridiction, because the administrative law Judge relied on fraudulent orders and documentation provided by the agency in violation of the Federal Rule of Civil Procedure 12f that permits the collateral attack of the granting of summary judments in matters of fraud and scandolus matters. The underlying claims in this action are familiar with this court, with most recent actions showing direct evidence of the State Courts and Adminsitrative agencies specfially EEOC under the leadership of Carolton Hadden, has persistently used the prestige of his position to frustrate and prejudice the proper administration of justice to advance the interest of interagency partners to include the US Department of State and Homeland Security who through their contractors have made cruel and unusual efforts to ruin my career in National Security that was build on the broken pieces of their dereliction of duties in violation of the Failure to Faithfully Execute the law act of 2014, from March 2014 to the present, where the agencies have failed to enforce federal law against the State courts as required by the executive order that establishes the existence of their agency, EO 12333, because I am an African American Female. The FBI had the audacity to solicit me for a Technical Writing opportunity using their contractor Salient, whom they had A 20 year relationship with and used to offer me a position of which they rescinded after I passed the background check. The agency from 2010 to the present has done everything in their power to ruin me and my children's lives. Thus establishing themselves as an Insider threat to the United States of America, for Misdemeanor high crimes and treason against the US for failure to adhere to national security disclosures from a person with a fidicary obligation to the United States since the age of 17 to present Title VII plaintiff's failure to exhaust administrative remedies deprives the federal court of subject matter jurisdiction over such claims. Jones v. Calvert Group, Ltd., 551 F.3d 297, 300 – 01 & n. 2 (4th Cir.2009).

6

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I am seeking to have my claim exhausted by the adminsitrative agency who relied on fraudulent judgments of the PG County Circiuit Court and was awarded summary judgment upon presenting false statements by the federal law enforcement agency that have an obligation to enusre the enforcement of federal law, but instead used the county order as an opportunity to engage in 18 USC 241 deprivations due to race and gender bias. See Exhibits 1+2.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/13, 2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Starsha Sewell

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: N/A, 20___.

Signature of Attorney
Printed Name of Attorney
Bar Number          N/A
Name of Law Firm
Address
Telephone Number
Email Address